No. 64815.—Arthur J. Fritz & Co. et al. *v.* United States, protests 59/12516, etc. (Portland, Oreg.).

Opinion by Rao, J.  In accordance with stipulation of counsel that the merchandise consists of metal stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiffs was sustained.